In the Matter of the Application of FRANK N. McCOY, JR., Respondent, for a Mandamus Order against EDMUND JORDAN and Others, Individually and Constituting the Board of Village Trustees of the Village of Peekskill, and Another, Appellants. (Appeal No. 3.) — Order denying appellants' motion for leave to amend return affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

JOHN BROMLEY & SONS, INCORPORATED, Appellant, v. FLINT MANUFACTURING COMPANY, Respondent.— Judgment and order granting extra allowance unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning Kelby, Young and Kapper, JJ.

VINCENZO PISCOPO, Respondent, v. NATIONAL DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. The technical error in charging the comparative negligence rule was harmless, as there was no evidence upon which a finding of contributory negligence could have been based. (Amato v. New York & Porto Rico Steamship Co., 209 App. Div. 882.) Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BROWN, Appellant, v. THE WARDEN AND KEEPER OF THE CITY PRISON OF THE CITY OF NEW YORK, QUEENS COUNTY, LONG ISLAND CITY, N. Y., Respondent.— Order dismissing writ of habeas corpus and remanding relator affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

WILLIAM SHEFFEL, Respondent, v. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ELLEN J. SODEN, Respondent, v. FRANK McELROY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Manning, Kelby and Young, JJ., concur; Kelly, P. J., and Kapper, J., dissent, and vote to reverse the order and grant the motion, on the authority of Wessel v. Schwarzler, No. 1 (144 App. Div. 587, 589).

ROY H. STILL, Appellant, v. ROSE E. STILL, Respondent.— Order denying plaintiff's motion to set aside verdict and grant a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.